UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILLIE KEITH JACKSON,<br><br>           Petitioner,<br><br>    v.<br><br>RONNIE JOHNSON, et al.,<br><br>           Respondents. | No. CV 11-388-SVW (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's final report and recommendation filed herein, and plaintiff's objections to the original report and recommendation. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The final report and recommendation is adopted.

2. Defendants' motion to dismiss with respect to plaintiff's claim pertaining to visitation is granted without prejudice for failure to exhaust administrative remedies.

/

/

1       3.      Defendants' motion to dismiss with respect to plaintiff's other four claims is granted
2 with prejudice for failure to state a claim.
3       4.      Judgment shall be entered consistent with this order.
4       5.      The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: September 21, 2012

                              HONORABLE STEPHEN V. WILSON
                              UNITED STATES DISTRICT JUDGE