# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

WILLIE KEITH JACKSON, ) No. CV 11-388-SVW (PLA)
)
        Petitioner, ) **JUDGMENT**
)
   v. )
)
RONNIE JOHNSON, et al., )
)
        Respondents. )

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that this action is dismissed.

DATED: September 21, 2012

                                                  HONORABLE STEPHEN V. WILSON
                                                  UNITED STATES DISTRICT JUDGE